# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:

SEAN HUNTLEY STARKWEATHER,                        No. 20-10717-j7
FAITH LYNN STARKWEATHER,

        Debtors.

## CERTIFICATE OF SERVICE OF SUBPOENAS

Creditor, New Mexico Bank & Trust ("NMBT"), by its undersigned attorneys, certifies that it caused a *Subpoena to Produce Documents* issued on 6/10/2020 to Sandia Laboratory Federal Credit Union, and a *Subpoena to Produce Documents* issued on 6/10/2020 to Sandia Area Federal Credit Union, to be served by electronic mail on June 10, 2020, on:

P. Diane Webb, Esq.          diane@diwebbnm.com
Philip Montoya, Esq.         pmontoya@swcp.com

                                      Respectfully submitted,

                                      JURGENS & WITH, P.A.

                                      /s/ *James Jurgens*
                                      James R. Jurgens
                                      Attorneys for NMBT
                                      100 La Salle Circle, Suite A
                                      Santa Fe, New Mexico 87505
                                      (505) 984-2020; Fax (505) 982-6417
                                      jrj@j-wlaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically mailed by the Courts CM-ECF system to:

Diane Webb, Esq., Attorney for debtors
Philip Montoya, Esq., Trustee

on June 10, 2020.                                          */s/ James* Jurgens